**RECORD OF MAGISTRATE'S PROCEEDINGS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #: 1:20-mj-56 |
| vs | DATE OF COMPLAINT: 6/3/2020 |
| MELQUAN BARNETT | CRIMINAL DOCKET NUMBER: |
|  | DATE OF INDICTMENT: |
|  | STATUTE: 18:844(i) |

DATE ARRESTED: 6/5/2020

### INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN  [ ] MITCHELL  [ ] KELLY | [ ] EDDY  [x] LANZILLO  [ ] PESTO | Date: 6/4/2020  Time: 10:39 a.m. - 10:50 a.m. | Casette Tape #:  Tape Index: |
|---|---|---|---|---|

U. S. ATTORNEY: Christian Trabold, AUSA

**1. RIGHTS EXPLAINED**

**2. COMPLAINT/INDICTMENT/INFORMATION:**

- [ ] Read   [x] Summarized   [x] Reading waived
- [x] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

- [ ] Read   [x] Summarized   [x] Reading waived

**4. COUNSEL**

- [ ] Defendant requested appointment   [ ] Defendant waived appointment
- [x] Defendant represented by: Charles Sunwabe, Esq.
- [ ] Defendant expects to retain:
- [ ] Affidavit executed.
- [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender
- [ ] CJA Panel Attorney _____ appointed

**5. BAIL**

- Recommended Bond: Detention
- Bond Set at:
- [ ] By Consent   [ ] Additional Conditions Imposed:
- [ ] By Magistrate
- [ ] Bond Posted
- [x] Temporary Commitment issued   [ ] Final Commitment issued
- Bond Review Hearing Set For:
- Detention Hearing Set For: 6/8/2020 at 1:30 p.m.

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment set for: 6/12/2020 at 10   Before Magistrate Richard Lanzillo

ADDITIONAL COMMENTS: AUSA ORALLY REQUESTS DETENTION