AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Melquan Barnett )<br>*Defendant* ) | Case No.  1:20-mj-56 |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>17 South Park Row<br>Erie PA  16501 | Courtroom No.: | by Video with ECP |
|---|---|---|---|
| | | Date and Time: | 6/8/2020 1:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  6/4/2020

_____
*Judge's signature*

Richard A. Lanzillo, US Magistrate Judge
*Printed name and title*